IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:24-MJ-479 |
| | § | |
| TIMOTHY MULLER | § | |

**ORDER FOR DEFENDANT TO MAKE PAYMENT
TOWARDS APPOINTMENT OF COUNSEL FEES**

The Court finds that funds are available from or on behalf of the above-named defendant for payment of compensation and expenses of court appointed counsel for adequate representation, and that the above-named defendant is financially able to make partial payment towards appointed counsel representation.

It is therefore ordered that defendant shall pay $250 per month towards the cost of his court appointed attorney. Said funds are to be paid into the Registry of the Court on the 15th day of each month with the first payment due by June 21, 2024  The monthly payments will continue to be due each month unless or until the defendant retains counsel or until final disposition of the case. If defendant retains counsel prior to June 21, 2024 then no payment will be necessary under this order.  These funds are to be deposited by the Clerk to the credit of the Treasury and for credit to the said Criminal Justice Act appropriation.

Signed June 13, 2024

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE